IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-00585-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| $98,699.60 IN U.S. CURRENCY ) | |
| ) | |
| Defendant. ) | |

UPON CONSIDERATION of the motion to stay filed by the United States of America, with consent of Claimant Kenneth Lamont Clark,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the motion to stay is GRANTED. This case is hereby stayed until July 14, 2014, at which time either the United States of America shall move for leave of court to amend its complaint in this matter or the parties shall move to amend the scheduling order to allow for a period to finalize discovery, and for the setting of other deadlines in this matter.

SO ORDERED.

This **23** day of **May**, 2014.

_____
JAMES C. DEVER, III
CHIEF, UNITED STATES DISTRICT COURT JUDGE

1