IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-585-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $98,699.609 IN U.S. CURRENCY, ) | |
| $ 31, 310.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendants. ) | |

On July 31, 2014, Kenneth Lamont Clark, claimant, filed a corrected motion to seal with memorandum in support [D.E. 31, 32]. The government did not file a response. The motion to seal [D.E. 31] is GRANTED.

SO ORDERED. This 22 day of September 2014.

JAMES C. DEVER III
Chief United States District Judge