IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.  5:13-CV-585-D

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )        ORDER OF DISMISSAL
         v.                        )        AS TO $31,310.00
                                   )        IN U.S. CURRENCY
$98,699.60 IN U. S. CURRENCY,      )
$31,310.00 IN U. S. CURRENCY,      )
                                   )
              Defendants.          )


     UPON CONSIDERATION of the United States' Motion to Dismiss

as to Defendant $31,310.00 in U.S. Currency,

     IT IS HEREBY ORDERED, ADJUDGED and DECREED that the United

States' motion is GRANTED.   The defendant $31,310.00 in U.S.

Currency is hereby dismissed without prejudice.

So ordered this __16__ day of __December__, 2014.



                              _____
                              JAMES C. DEVER III
                              Chief United States District Judge



1