UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| V. | ) | **CASE NO. 5:13-cv-585-D** |
| | ) | |
| $98,699.60 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that judgment shall be entered in favor of the United States, and the $98,799.60 is ordered forfeited. The United States may file a motion for costs in accordance with the Federal Ru1es of Civil Procedure and this court's local ru1es.

**This Judgment Filed and Entered on February 23, 2017, and Copies To:**

| | |
|---|---|
| G. Norman Acker, III | (via CM/ECF electronic notification) |
| Matthew Lee Fesak | (via CM/ECF electronic notification) |
| R.A. Renfer, Jr. | (via CM/ECF electronic notification) |
| Joshua B. Royster | (via CM/ECF electronic notification) |

DATE:                                          JULIE RICHARDS JOHNSTON, CLERK

February 23, 2017                    (By) /s/ Nicole Briggeman
                                                       Deputy Clerk