UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 5:13-CV-585-D** |
| | ) | |
| | ) | |
| $98,699.60 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the government's motion for a bill of costs [D.E. 146] and AWARDS the government $7,696.36.

**This Judgment Entered on October 25, 2017, *nunc pro tunc*, effective July 21, 2017 and Copies To:**

| | |
|---|---|
| G. Norman Acker, III | (via CM/ECF electronic notification) |
| Matthew Lee Fesak | (via CM/ECF electronic notification) |
| R.A. Renfer, Jr. | (via CM/ECF electronic notification) |
| Joshua B. Royster | (via CM/ECF electronic notification) |
| Abdulhakim Saadiq | (via CM/ECF electronic notification) |
| Clifton Jarvis Gray, III | (via CM/ECF electronic notification) |

DATE:                           PETER A. MOORE, JR., CLERK

October 25, 2017                    (By)  /s/ Nicole Briggeman

                                   Deputy Clerk